IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 11-578 |
| v. | : | |
| | : | |
| THEODORE BATTISTA | : | |
| | : | |

## **ORDER**

AND NOW, this 19th day of December, 2012, it is hereby **ORDERED** that the Government shall have (30) days from the date of this Order to **SHOW CAUSE** why Defendant's Motion to Compel Production of Materials (Dkt. No. 28) should not be granted.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. Darnell Jones, II        J.