IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: July 24, 2013 |
| v. | : | |
| | : | |
| THEODORE BATTISTA | : | Criminal No. 11-578 |

    **TAKE NOTICE** that the above-entitled case has been set for a <u>Change of Plea Hearing</u>  in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on <u>Friday</u>, <u>September 13, 2013</u> at <u>3:00 P.M.</u> before the <u>Honorable Timothy R. Rice</u>, in <u>Courtroom 3G</u>.

    **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.   IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

Very truly yours,

<u>/s/ Sharon A. Hall for Chavela M. Settles</u>
Chavela M. Settles
Deputy Clerk to
Magistrate Judge Timothy R. Rice

**Notice faxed to:**
Jeremy H.G. Ibrahim, Defense Counsel
Ashley K. Lunkenheimer, AUSA
Pretrial Service
Probation
U.S. Marshal